IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2014 DEC 31  P 12: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WESLEY P. SHANER )
Full name and prison number )
plaintiff(s) )
 )
v. ) CIVIL ACTION NO. 2:14-CV-1263-WKW-WC
 ) (To be supplied by the Clerk of the
ALABAMA D..OC. ET.AL ) U.S. District Court)
 )
_____ )
 )
_____ )
 )
WARDEN THOMAS )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (*)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (**)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit:
         Plaintiff(s) _____ NONE _____

         Defendant(s) _____

      2.   Court (if federal court, name the district; if state court, name the county)
         _____

      3.   Docket No. __NONE_____

      4.   Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
   _____NONE_____

6. Approximate date of filing lawsuit _____NONE_____

7. Approximate date of disposition _____NONE_____

II. PLACE OF PRESENT CONFINEMENT _____DECATUR WORK RELEASE_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
_____FRANK LEE WORK CENTER_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | WARDEN THOMAS | |
| 2. | LT. GRAY | |
| 3. | SRGT MCQUEEN | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _ON OR ABOUT JULY 2014._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _REFUSSED PROPERLY MEDICAL ATTENTION_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
_I was lifting heavey materials_
_damaged neck_
_warden thomas refussed to send me to_
_free doctor for badly needed medical attention._

-2-

GROUND TWO: CRUEL AND UNUSEAUL PUNISHMENT

SUPPORTING FACTS: WARDEN THOMAS WOULD NOT SEEK ANY PROFESSIONAL MEDICAL ATTENTION.

GROUND THREE: SRG MCQUEEN TALKED TO ME LIKE I was human being and disregarded me as human

SUPPORTING FACTS: The facts are clear that I never got any medical attention and now I need surgery on my neck abnd hope that I want suffer the rest of my life because of this direct ness.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

The first thing I need is proper medical attention

I would also ask the court to find out why I was treated less than huaman.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____
            (date)

_____
Signature of plaintiff(s)

RANDY RICHBURG
WITNESS

_____
RANDY RICHBURG

BIRMINGHAM
AL 350
29 DEC '14
PM 4 L

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

$000.48⁰
PITNEY BOWES
02 1P 0001857642 DEC 29 2014
MAILED FROM ZIP CODE 35601

WESLEY P. SHANER
A.I.S231149
1401 HIGHWAY 20 WEST
DECATUR AL. 35601

Legal Mail

MIDDLE DISTRICT OF
ALABAMA UNITED STATES

COURT HOUSE P.O.BOX
711.MONTGOERY AL.35:
36104.