IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WESLEY P. SHANER, | ) | |
| # 231 149, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-CV-1263-WKW |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On June 18, 2015, the Magistrate Judge filed a Recommendation (Doc. # 11), to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that Plaintiff Wesley P. Shaner's case is DISMISSED without prejudice in light of Mr. Shaner's failures to prosecute this action and comply with court orders.

A separate final judgment will be entered.

DONE this 9th day of July, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE